## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR211 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NORMA ZUNZUNEGUI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the joint oral motion of the parties to set trial for November 3, 2014.  The motion was made during a telephone conference with the undersigned magistrate judge on August 12, 2014.   Zunzunegui's counsel represented Zunzunegui will file an affidavit whereby she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act.  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.      The oral motion to set trial is granted.

2.      Trial of this matter is scheduled for **November 3, 2014,** before Judge Joseph F. Bataillon and a jury.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **August 12, 2014, and November 3, 2014,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 12th day of August, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge